IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JUAN RAMON JR. | § | |
| v. | § | CIVIL ACTION NO. 9:10cv158 |
| DOUGLAS DRETKE, ET AL. | § | |

MEMORANDUM ADOPTING INITIAL REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The Plaintiff Juan Ramon Jr., an inmate of the Texas Department of Criminal Justice, Correctional Institutions Division proceeding *pro se*, filed this lawsuit under 42 U.S.C. §1983 and the Religious Land Use and Institutionalized Persons Act (RLUIPA), 42 U.S.C. §2000cc-1, complaining of alleged violations of his constitutional rights. The lawsuit was referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges. As defendants, Ramon sued Douglas Dretke, the director of the Institutional Division of TDCJ; Warden Michael Sizemore; chaplaincy director Bill Pierce; and chaplain Vance Drum.

After an evidentiary hearing, the Magistrate Judge issued an Initial Report recommending dismissal of Dretke and Sizemore from the lawsuit. Ramon received a copy of this Report but filed no objections thereto; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the Plaintiff's pleadings and testimony and the Initial Report of the Magistrate Judge. Upon such review, the Court has determined that the Initial Report of the Magistrate Judge is correct. It is accordingly

ORDERED that the Initial Report of the Magistrate Judge (docket no. 17) is ADOPTED as the opinion of the District Court. It is further

ORDERED that the Plaintiff's claims against the Defendants Douglas Dretke and Warden Sizemore are hereby DISMISSED with prejudice as frivolous, and these individuals are dismissed as parties to the lawsuit. The dismissal of these claims and parties shall have no effect upon the Plaintiff's claims against Bill Pierce and Vance Drum. It is further

ORDERED that the dismissal of the claims against Dretke and Sizemore shall not count as a strike for purposes of 28 U.S.C. §1915(g).

So **ORDERED** and **SIGNED** this **8**   day of **January, 2012.**

_____
Ron Clark, United States District Judge